MEMO ENDORSED

# LAW OFFICE OF HOWARD A. SCHWARTZ
**26 COURT STREET, SUITE 1903**
**BROOKLYN, NEW YORK 11242**
**(718) 208-6094**
**Howard@brooklynlaw.net**

Hon. Edgardo Ramos
United States District Court Judge
United States Courthouse
20 Foley Square
New York, NY 10007

December 15, 2025

Re: United States of America v. Winston Torres
    Case No. 1:23-CR-624-ER

    Motion for Early Termination of Probation

Dear Judge Ramos:

The application for early termination of supervised release is GRANTED. The Clerk of the Court is respectfully directed to terminate the motion, doc. 7. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 12/16/2025
New York, New York

I represent Mr. Torres in the above-referenced matter having previously filed a Notice of Appearance. Defendant, WINSTON TORRES, hereby moves the Court by this letter, and in the interest of justice to allow probation to be terminated at the present time. Mr. Torres previously plead guilty to Conspiracy to Commit Wire Fraud and Aggravated Identity Theft and was sentenced to one (1) day on Count One and eighteen months (18) months on Count Two to be served consecutively. He was also sentenced to thirty-six (36) months of supervised release. The three (3) year term of supervised release began on July 3, 2023. Mr. Torres has already completed approximately twenty-nine (29) months of his supervisory term without incident.

Mr. Torres is being supervised in the Southern District of New York. Prior to filing this petition, defense counsel discussed the request with the supervising probation officer and the government. The probation officer has indicated that Mr. Torres is in full compliance in all areas of supervision. The Department of Probation, as per Probation Services Technician Rachel Bonatto does not oppose this petition. The request has also been discussed with Assistant United States Attorney Meredith Foster who has stated the government will defer to the position of probation.

Regarding this motion, undersigned counsel would like to inform the Court that Mr. Torres has had no contact with law enforcement while on probation and has previously been granted permission to travel outside the country. It should be noted that trip was completed without incident, showing that Mr. Torres is willing, able and desirous of living his life differently. Mr. Torres has been gainfully employed since shortly after release and has continued his work on being a productive member of both his family and society.

Winston Torres has satisfied all requirements placed on him to date and has done everything asked by the government. He has complied with all his terms of supervision and has no need for programming or treatment at this time. Again, his probation officer has no opposition to the instant motion and the government defers to that position.

Though the Court is often called upon to impose serious consequences for defendants who violate supervised release, this has not been the case with my client. Mr. Torres has completed every condition asked of him and has fully followed the requirements of his supervision. He has fully reintegrated into society and is a valued worker, family member, and citizen. He has achieved stable community reintegration in terms of housing, family, and

employment. He had no violence or weapons in this offense and is not using controlled substances. He has no psychiatric issues. Wilson Torres enjoys the support of his community and has earned the family trip he is presently requesting.

Given the commendable reentry into the community, performance on supervised release, and positions of probation and the government, Winston Torres respectfully requests that the Court grant his travel request for the dates listed in this letter.

Respectfully submitted,

*Howard A. Schwartz*

Howard A. Schwartz, Esq.